**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                                             Case No.  3:08cr79/MCR

**ELLEN MEREDITH STUBENHAUS,**
   a/k/a "Dr. Ellen,"
                                                                              /

## GOVERNMENT'S NOTICE

COMES NOW the United States of America, by and through the undersigned attorneys and submits this notice in order to advise the Court of recent developments in the Government's efforts to bring defendant-fugitive Ellen Meredith Stubenhaus ("Stubenhaus") to trial.  At the time arrest warrants were issued by the Court in this case, Stubenhaus, a United States citizen, was residing in Costa Rica.  In accordance with established treaty procedures, the Government made diplomatic arrangements with the Costa Rican government to have Stubenhaus provisionally arrested and detained pending the commencement of formal extradition proceedings.  The Government's request was made through the United States Department of State ("State Department").  Stubenhaus was arrested on July 8, 2009.  Stubenhaus is currently being detained in a holding facility in San Jose, Costa Rica.

On August 25, 2009, the State Department and the Costa Rican consulate received the Government's formal extradition request.  The request is expected to be

lodged with the Costa Rican foreign ministry at the end of next week, after which the Costa Rican Solicitor General's office will initiate extradition proceedings and appear on the Government's behalf in Costa Rica. It is not known at this time whether Stubenhaus will be returned to the United States prior to the first day of trial on January 4, 2010. The Government has been advised by the Justice Department's Office of International Affairs that the timing of the extradition, if successful, will largely be dependent on Stubenhaus' own actions. If, for example, Stubenhaus elects to waive extradition, she can be expected to return to United States much more quickly than if she elects to challenge the proceedings. The Government will continue to advise the Court of any developments in this matter.

WHEREFORE, the United States respectfully files this notice with the Court.

Respectfully submitted,

 /s/ Adam F. Hulbig
MICHAEL J. WATLING
ADAM F. HULBIG
Trial Attorneys, Tax Division
Criminal Enforcement Section
U.S. Department of Justice
601 D Street, NW
Washington, DC 20004
Telephone: (202) 616-9307
(202) 514-6061

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of the foregoing notice has been furnished via CM/ECF to counsel of record for all defendants already arrested and a copy is being provided to defendant Arnold Ray Manansala via email at arnie4444@gmail.com and U.S. mail at 1519 Talbot Road South, Renton, WA 98057 this 26th day of August, 2009

                                            */s/ Adam F. Hulbig*  
                                            ADAM F. HULBIG  
                                            Trial Attorney, Tax Division  
                                            Criminal Enforcement Section  
                                            U.S. Department of Justice