# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## OFFICE OF THE CLERK

**WILLIAM M. MCCOOL**
CLERK OF COURT
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA  32301-7717
850.521.3501
850.521.3656 FAX

**SHEILA HURST-RAYBORN**
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA  32301-7717
850.521.3501
850.521.3656 FAX

*Visit our web site at www.flnd.uscourts.gov*

Reply to: Pensacola Division

February 23, 2010

Ellen Stubenhaus
P. O. Box 18207
Boulder, CO 80308

     RE: Case No. 3:08cr79/MCR

Ms. Stubenhaus:

Your motions to quash and motions for appointment of expert witnesses received by this office are being returned to you.   They cannot be accepted by the clerk's office because you have not yet made a first appearance or been arraigned on the charges pending against you in this case.

Sincerely,
WILLIAM M. McCOOL, CLERK

By:  *s/ S. Simms*
     Deputy Clerk

Enclosure

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

| Gainesville Division | Pensacola Division | Tallahassee Division | Panama City Division |
|---|---|---|---|
| 401 SE 1st Avenue, STE 243 | 1 N. Palafox Street | 111 N. Adams Street | 30 W. Government Street |
| Gainesville, Florida  32601 | Pensacola, Florida  32502-5658 | Tallahassee, Florida  32301-7717 | Panama City, Florida  32401 |
| 352.380.2400 | 850.435.8440 | 850.521.3501 | 850.769.4556 |
| 352.380.2424 FAX | 850.433.5972 FAX | 850.521.3656 FAX | 850.769.7528 FAX |